Fax from : 7328421592                                          09-18-08 12:58p   Pg: 2
Case 2:08-cr-00549-PGS   Document 24   Filed 09/22/08   Page 1 of 2 PageID: 42
Fax sent by :                                                 09-18-08 03:36a   Pg  2/3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   Hon. Peter G. Sheridan

v.                         :   Criminal No. 08-549 (PGS)

ROBERT SEAN FLOOD          :   SCHEDULING AND CONTINUANCE ORDER

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendant Robert Sean Flood (by Charles Moriarty, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendant shall file any motions no later than October 31, 2008;

IT IS FURTHER ORDERED that any reply to defendant's motions shall be filed no later than November 24, 2008;

IT IS FURTHER ORDERED that argument of any motions filed shall be December 8, 2008;

IT IS FURTHER ORDERED that the trial in this matter is set for December 15, 2008; and

IT IS FURTHER ORDERED that the period from September 17, 2008 through December 15, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are preparing to engage in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the

United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

HON. PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

Charles Moriarty, Esq.
Counsel for defendant Flood

Lee D. Vartan
Assistant U.S. Attorney