UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
|---|---|---|
| v. | : | Criminal No. 08-549 (PGS) |
| ROBERT SEAN FLOOD | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendant Robert Sean Flood (by Charles Moriarty, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Fax Server    Case 2:08-cr-00549-PGS   Document 28   Filed 04/15/09   Page 2 of 2 PageID: 52    Fax Server
GMT 4/15/2009 3:02:03 PM   PAGE   4/004   Fax Server

Fax from : 7328421592                                          04-15-09 09:48a   Pg: 3
Fax Server           GMT 4/15/2009 1:20:18 PM   PAGE   3/003   Fax Server

WHEREFORE, on this 15 day of April 2009,

IT IS ORDERED that the period from April 12, 2009, through May 25, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

_____
Charles Moriarty, Esq.
Counsel for defendant Flood

_____
Lee D. Vartan
Assistant U.S. Attorney